IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN PERALTA,

    Plaintiff,

v.

                          CIV. NO. 1:22-cv-00528-JHR

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 14), the Court hereby REVERSES the Commissioner's decision in this matter under Sentence Four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further administrative proceedings on the issue of disability prior to September 11, 2015.

**IT IS SO ORDERED** this 21st day of October, 2022.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE